

# NUMBER 13-22-00468-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF THE MARRIAGE OF JACLYN LAFOE AND JORDAN PAUL LAFOE AND IN THE INTEREST OF R.M.L., A CHILD

## On appeal from the 131st District Court of Bexar County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Peña
### Memorandum Opinion by Justice Benavides

On September 13, 2022, appellant filed a notice of appeal.[1] On November 15, 2022, the Clerk of the Court notified appellant that the clerk's record in the above cause was due on November 14, 2022, and that the district clerk, Ms. Krystal Torres, had notified this Court that appellant failed to make arrangements for payment of the

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

clerk's record. The Clerk of this Court notified appellant of this failure so that steps could be taken to correct the defect if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b), (c). Appellant was advised that, if arrangements to pay for the clerk's record and proof of payment were not made and filed within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Furthermore, on November 15, 2022, the Clerk of the Court notified appellant that they were delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b), (c).

Appellant failed to comply with the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
2nd day of February, 2023.